

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*District of New Jersey*

---

*Grace H. Park*  *970 Broad Street, Suite 700*  *973/645-2718*
*Assistant United States Attorney*  *Newark, NJ 07102*

November 25, 2009

Hon. Peter G. Sheridan
United States District Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

     Re:   United States v. Carlos Pinho
             Cr. 09-453 (PGS)

Dear Judge Sheridan:

    Per my telephone discussion with your deputy clerk, the Government has no objection to the Court's request for the restitution hearing scheduled for December 15th in the above-referenced matter to be decided on the papers. The Government will submit a letter describing the victims in this case as soon as that information is available.

                          Respectfully submitted,

                          PAUL J. FISHMAN
                        United States Attorney

      By:   Grace H. Park
            Assistant U.S. Attorney

cc:   Rubin Sinins, Esq.
      Dina M. Chirichella, USPO
      (by facsimile)

*[Handwritten:]* Please make certain victims are advised that hearing is adjourned with no new date.

SO ORDERED: *Peter M Sheridan*
DATED: 12/2/09