PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

R E C E I V E D
MAR 13 2017
AT 8:30_____
WILLIAM T. WALSH — M
CLERK

Name of Offender: Carlos Pinho

Cr.: 09-00453-001
PACTS #: 54849

Name of Sentencing Judicial Officer: **THE HONORABLE PETER G. SHERIDAN**
**UNITED STATES DISTRICT JUDGE**

Date of Original Sentence: 11/04/2009

Original Offense: Mail Fraud

Original Sentence: Imprisonment - 76 months; Supervised Release – 4 years

Special Conditions: DNA testing, Financial Disclosure, DNA Testing, No New Debt/Credit, Employment Restriction, Special Assessment - $100, Restitution - $ 3,204,421.26

Type of Supervision: Supervised Release      Date Supervision Commenced: 05/08/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states, 'As a condition of supervision, you are instructed to pay restitution of no less than $250 monthly.' |
| | With regard to the offender's restitution payments, he has paid $25 for the month of November 2016, $50 for December 2016, and $50 for January 2017. |

U.S. Probation Officer Action:

The Probation Office recommends no action be taken at this time. The offender had foot surgery on September 23, 2016, and returned to work full-time on or about February 13, 2017. He will resume regular payments effective March 2017.

Respectfully submitted,

By: Monica G. Martin
   U.S. Probation Officer
Date: 03/09/2017

Prob 12A – page 2
Carlos Pinho

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/13/17
_____
Date